# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DEBBIE MAYES,<br>    Plaintiff,<br><br>    v.<br><br>ALLIED INTERSTATE, LLC f/k/a<br>ALLIED INTERSTATE, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>) **Case No.: 6:12-cv-00224-KKC**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


*/s/ M. Thurman Senn*             */s/ Amy L. Bennecoff*

M. Thurman Senn, Esquire        Amy L. Bennecoff, Esquire
Morgan & Pottinger, P.S.C.        Kimmel & Silverman, P.C.
601 West Main Street             1930 E. Marlton Pike, Ste. Q29
Louisville, KY 40202              Cherry Hill, NJ 08003
Phone: 502-589-2780              Phone: 856-429-8334
Email: mts@morganandpottiner.com   Fax: 856-216-7344
                                             Email: abennecoff@creditlaw.com
Attorney for the Defendant         Attorney for the Plaintiff

Date: September 9, 2013           Date: September 9, 2013

BY THE COURT:

_____
                    J.

**Certificate of Service**

I hereby certify that on this 9th day of September, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    M. Thurman Senn, Esquire
    Morgan & Pottinger, P.S.C.
    Email: mts@morganandpottiner.com

                                                    */s/ Amy L. Bennecoff*
                                                    Amy L. Bennecoff, Esquire
                                                    Kimmel & Silverman, P.C.
                                                    1930 E. Marlton Pike, Ste. Q29
                                                    Cherry Hill, NJ 08003
                                                    Phone: 856-429-8334
                                                    Fax: 856-216-7344
                                                    Email:abennecoff@creditlaw.com
                                                    Attorney for the Plaintiff